UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISIAM RAY FRIAR,

Plaintiff,

-v-

WYNDHAM VACATION RESORTS,
INC. et al.,

Defendants.

20-CV-2627 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case was removed from New York Supreme Court, New York County, on March 27, 2020. Counsel for the plaintiff is directed to file an appearance with this Court no later than April 17, 2020.

Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by April 7, 2020.

SO ORDERED.

Dated: March 31, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge