UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

ISIAM RAY FRIAR,

                        Plaintiff,

     -v-

WYNDHAM VACATION RESORTS,
INC. et al.,

                      Defendants.

20-CV-2627 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On June 21, 2020, Plaintiff Isiam Ray Friar, proceeding *pro se*, filed an *ex parte* motion seeking a protective order from this Court. The proposed order would prohibit Defendants from inquiring or otherwise seeking information about Plaintiff's professional stage name or other information about Plaintiff's employment beyond that information disclosed by Plaintiff to counsel for Defendant Wyndham Vacation Resorts, Inc. in a letter dated May 3, 2020.

    Defendants are directed to file a letter on or before June 30, 2020, indicating whether they oppose entry of such an order and, if so, why.

    SO ORDERED.

Dated: June 23, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge