UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISIAM RAY FRIAR,

                      Plaintiff,

        -v-

WYNDHAM VACATION RESORTS, INC. et al.,

                      Defendants.

20-CV-2627 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On June 21, 2020, Plaintiff Isiam Ray Friar, proceeding *pro se*, filed an *ex parte* motion for a protective order with this Court. The motion sought an order prohibiting Defendants from seeking information about Friar's professional stage name or other information about his employment. (Dkt. No. 24.) Defendant Wyndham Vacation Resorts, Inc. filed a letter opposing the motion, arguing that such information was relevant to its claims and defenses (*see* Dkt. No. 25).

    The motion for a protective order is granted in part. Defendants are prohibited from inquiring or otherwise seeking information about Friar's professional stage name. The parties are further ordered to file under seal any document containing information directly pertaining to Friar's employment, accompanied by a redacted public version.

    SO ORDERED.

Dated: July 14, 2020
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge