UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISIAM RAY FRIAR,

                    Plaintiff,

     -v-

WYNDHAM VACATION RESORTS, INC., et al.,

                    Defendants.

20-CV-2627 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Having considered the relevant briefing, the Court grants Plaintiff's motion for permission to conduct limited discovery (Dkt. No. 35). Defendant Wyndham Vacation Resorts, Inc., is directed by September 17, 2020, either to (1) accept service through counsel on behalf of Defendants Derrick Taylor and Maria Maese, or (2) provide Plaintiff with Taylor's and Maese's last known mailing address.

     SO ORDERED.

Dated: September 3, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge