UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ISIAM RAY FRIAR,

                        Plaintiff,

        -against-                                 20 **CIVIL** 2627 (JPO)

                                        **DEFAULT JUDGMENT**

WYNDHAM VACATION RESORTS, INC., et al.,

                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 28, 2022, Wyndham's motion for default judgment is GRANTED. Wyndham is awarded judgment against Friar as follows: For Contract 1401168, judgment in the amount of $29,227.24 is entered in favor of Wyndham against Friar, in addition to pre-judgment interest calculated at the New York statutory rate of 9% from April 25, 2019, in the amount of $7,711.19. For Contract 1402430, judgment in the amount of $29,200.09 is entered in favor of Wyndham against Friar, in addition to pre-judgment interest calculated at the New York statutory rate of 9% from April 30, 2019, in the amount of $7,704.02. (See Dkt. No. 72 22, 25 (citing N.Y. C.P.L.R. § 5004).) Friar's claims against Defendants are dismissed for failure to prosecute; accordingly, the case is closed.

**Dated:** New York, New York

        March 30, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                              **BY:**

                                                        **Deputy Clerk**